STATE OF MINNESOTA *ex rel.* William W. Churchill *vs.* E. B. TRUBEY and another.

June 13, 1887.

**Validity of Incorporation.**—Decision in *State* v. *Critchett, ante,* p. 13, as to an association being a legal corporation, followed.

*Quo warranto* to ascertain by what authority an association styling itself the "American Life Association" assumes to act as, and exercise the powers of, a corporation.

*Chas. C. Willson,* for relator.

*Geo. F. Getty,* for respondents.

GILFILLAN, C. J. The *status* of this case, and of the association proceeded against as unlawfully exercising corporate franchises at

the date of filing the information, was precisely the same as in the case of *State* v. *Critchett, ante,* p. 13, (decided at this term of this court,) and the decision must be the same as in that case, to wit, that at the filing of the information the respondents had no authority to assume or exercise corporate franchises. Whether or not the respondents have since that date properly organized as a corporation, and acquired the right to exercise corporate franchises, is not in question in this proceeding, and cannot be passed upon.

Judgment for the state.